District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Raymond L. Kohler, Austin, TX, for Defendant–Appellant.

Before DeMOSS, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Antoine Earl Powell appeals his sentence following his guilty plea to aiding and abetting the possession with intent to distribute at least 50 grams of crack cocaine and aiding and abetting the possession of a firearm during the commission of a drug-trafficking crime. He argues that his 151–month and consecutive 60–month sentence was unreasonable and unjust for an offense of this type, character, and seriousness.

Because Powell's sentence was within a properly calculated guideline range of 151 to 188 months, we infer that the district court considered all the factors for a fair sentence set forth in the Guidelines. *See* *United States v. Mares,* 402 F.3d 511, 519 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 43, 163 L.Ed.2d 76 (2005). "[A] sentence within a properly calculated Guideline range is presumptively reasonable." *United States v. Alonzo,* 435 F.3d 551, 554 (5th Cir.2006). Powell has failed to demonstrate that his properly calculated guide-lines sentence was unreasonable. *See id.;* *Mares,* 402 F.3d at 519.

AFFIRMED.

**Irina IASHVILI; David Tkebuchava; Ia Tkebuchava, Petitioners,**

v.

**Alberto R. GONZALES, U.S. Attorney General, Respondent.**

**No. 06–60409**

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

May 10, 2007.

Nicolas Chavez, Chavez & Gallagher, Dallas, TX, for Petitioners.

Thomas Ward Hussey, Director, U.S. Department of Justice Office of Immigration Litigation, Washington, DC, Anne M. Estrada, U.S. Immigration & Naturalization Service, Dallas, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service District Directors Office, New Orleans, LA, for Respondent.

Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, pro se.

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Irina Iashvili, David Tkebuchava, and Ia

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Tkebuchava, are natives and citizens of Georgia. They have petitioned this court for review of the Board of Immigration Appeals (BIA) order affirming the denial of asylum and withholding of removal. The petitioners fail to show that the record compels reversal of the finding of the IJ that they are not entitled to asylum or withholding of removal. *See Chun v. INS,* 40 F.3d 76, 78 (5th Cir.1994); *Mikhael v. INS,* 115 F.3d 299, 306 (5th Cir.1997). Because the petitioners did not apply for relief under the Convention Against Torture, this court lacks jurisdiction over that claim. *See* 8 U.S.C. § 1252(d)(1); *Wang v. Ashcroft,* 260 F.3d 448, 452–453 (5th Cir. 2001). Accordingly, review of the BIA's denial of asylum and withholding of removal is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.